AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CONOPCO, INC. d/b/a UNILEVER <br><br> *Plaintiff(s)* <br> v. <br> RETROBRANDS USA LLC and JEFFREY L. KAPLAN, an individual <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  0:17-cv-60932-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey Kaplan
1771 Blount Road, Suite 203
Pompano Beach, Florida 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Duane Morris LLP
Lida Rodriguez-Taseff, Esq.
Florida Bar No.  39111
200 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   05/11/2017


Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER <br><br> *Plaintiff(s)* <br> v. <br> RETROBRANDS USA LLC and JEFFREY L. KAPLAN, an individual <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  0:17-cv-60932-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RETROBRANDS USA LLC by serving its Registered Agent:
SPIEGEL & UTRERA, P.A.
1840 SW 22nd Street, 4th Floor
Miami, Florida 33145


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Duane Morris LLP
Lida Rodriguez-Taseff, Esq.
Florida Bar No.  39111
200 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/11/2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts