IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER | : |
| Plaintiff, | : Civil Case No. 17 cv 60932 |
| v. | : |
| RETROBRANDS USA LLC and JEFFREY KAPLAN, an individual | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Conopco, Inc. d/b/a Unilever, by its attorneys, Duane Morris LLP, hereby dismisses the above action, with prejudice and without costs against any party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: October 12, 2017

Respectfully submitted,

**DUANE MORRIS LLP**

By: /s/Lida Rodriguez-Taseff
Lida Rodriguez-Taseff, Esq.
Florida Bar No. 39111
LRTaseff@duanemorris.com
Secondary E-mails:
RLGuillou@duanemorris.com
YArnavat-Parga@duanemorris.com
200 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Tel: (305) 960-2242
Fax: (305) 960-2201

DM2\8196902.3

*Of Counsel*

DUANE MORRIS LLP
Gregory P. Gulia, Esq.
*(pro hac vice* application forthcoming)
GPGulia@duanemorris.com
Vanessa C. Hew, Esq.
(admitted *pro hac vice*)
VCHew@duanemorris.com
1540 Broadway
New York, New York 10036-4086
Tel: (212) 692-1000

*Attorneys for Plaintiff, Conopco, Inc. d/b/a Unilever*

**Law Office of Alexis Gonzalez, P.A.**

By: /s/ *Alexis Gonzalez*
Alexis Gonzalez, Esq.
Fla. Bar No. 180785
Alberto H. Orizondo, Esq.
Fla. Bar No. 70176
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
Tel: (305) 223-9999
Email: alexis@aglawpa.com

*Attorney for Defendants Retrobrands USA LLC and Jeffrey Kaplan*